

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| ROBERT W. BRANSON and LAURA BRANSON<br><br>    Plaintiffs,<br><br>v.<br><br>AMROCK, LLC;<br>CALIBER HOME LOANS, INC.;<br>MORTGAGE ELECTRONIC REGISTRATION<br>    SERVICES, INC. as nominee and beneficiary<br>    for Caliber Home Loans, Inc. and Rocket<br>    Mortgage, LLC f/k/a Quicken Loans, LLC;<br>NEWREZ LLC;<br>NEWREZ LLC D/B/A SHELLPOINT<br>    MORTGAGE SERVICING; and<br>ROCKET MORTGAGE, LLC F/K/A QUICKEN<br>    LOANS, LLC<br><br>    Defendants. | Case No. 3:23-cv-00113-KAC-JEM<br><br>Removed from Knox County<br>Chancery Court, Case No. 206301-2 |

## NOTICE OF SUBSTITUTION OF PLAINTIFFS' COUNSEL AND NOTICE OF APPEARANCE

TAKE NOTICE that Plaintiffs Robert Branson and Laura Branson ("Plaintiffs") substitute Terry G. Adams of The Adams Law Firm as their counsel and attorney of record in this matter. Terry G. Adams hereby enters a notice of appearance on behalf of Plaintiffs Robert Branson and Laura Branson.

### FORMER ATTORNEY

1. Plaintiffs' former counsel, described below, is no longer Plaintiffs' attorney in this matter.

    Andrew P. Harrison (BPR #038586)
    The Adams Law Firm
    8517 Kingston Pike
    Knoxville, Tennessee 37919

1

(p) 865-531-6440
(f) 865-674-5332
aharrison@terryadamslaw.com

## NEW ATTORNEY

2. Plaintiffs' new counsel in this matter and new attorney of record on whom all notices and papers may be served is admitted and authorized to practice in this Court:

Terry G. Adams (BPR #023466)
The Adams Law Firm
8517 Kingston Pike
Knoxville, Tennessee 37919
(p) 865-531-6440
(f) 865-674-5332
tadams@terryadamslaw.com

## SUBSTITUTION BASED ON CONSENT AND NECESSITY

3. Former attorney is not authorized to practice in this Court and is unable to be admitted pro hac under Local Rule 83.5(b) as the former attorney resides in and is regularly employed in the geographic confines of the Eastern District of Tennessee.

WHEREFORE, the undersigned counsel consent to the substitution and certify that this substitution will not delay the proceedings in this matter.

Respectfully submitted this 14th day of April 2023.

/s/Andrew P. Harrison
Andrew P. Harrison (BPR #038586)
The Adams Law Firm
8517 Kingston Pike
Knoxville, Tennessee 37919
(p) 865-531-6440
(f) 865-674-5332
aharrison@terryadamslaw.com
*Former counsel for Robert and Laura Branson*

/s/ Terry G. Adams
Terry G. Adams (BPR #023466)
The Adams Law Firm
8517 Kingston Pike
Knoxville, Tennessee 37919
(p) 865-531-6440
(f) 865-674-5332
tadams@terryadamslaw.com
*Counsel for Robert and Laura Branson*

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and/or by hand delivery, which will send notification of such filing to the following attorney(s) of record; and/or via electronic mail, and/or via United States mail.

    Erin Alexandra McFall
    BRADLEY ARANT BOULT CUMMINGS LLP (Nashville)
    1600 Division Street, STE 700
    P.O. Box 340025
    Nashville, TN 37203-0025
    615-252-4629
    615-252-6380 (fax)
    amcfall@bradley.com
    *Attorney for Caliber Home Loans, Inc., Mortgage Electronic Registration Services, Inc., NewRez LLC, and NewRez LLC d/b/a Shellpoint Mortgage Servicing*

    R. Andrew Hutchinson
    BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
    602 Sevier St., STE 300
    Johnson City, TN 37604
    423-928-0181
    423-928-5694 (fax)
    dhutchinson@bakerdonelson.com
    *Attorney for Amrock, LLC*

    Lauren Paxton Roberts
    STITES & HARBISON PLLC
    401 Commerce Street, STE 800
    Nashville, TN 37219
    615-782-2284
    615-782-2371 (fax)
    lauren.roberts@stites.com
    *Attorney for Rocket Mortgage, LLC f/k/a Quicken Loans, LLC*

                                    This the 14th day of April 2023.

                                    /s/ Terry G. Adams
                                    Terry G. Adams